1  Abraham J. Colman (SBN 146933)
   Email: acolman@reedsmith.com
2  Judith T. Sethna (SBN 232731)
   Email: jsethna@reedsmith.com
3  REED SMITH LLP
   355 South Grand Avenue, Suite 2900
4  Los Angeles, CA 90071-1514
   Telephone: +1 213 457 8000
5  Facsimile: +1 213 457 8080

6  Attorneys for Defendant
   Seventh Avenue, Inc.

7

8                    UNITED STATES DISTRICT COURT
9              FOR THE CENTRAL DISTRICT OF CALIFORNIA

10

11 RAYMUNDO TORRES,            | No.: 14-cv-6010-RSWL-AGRx
12              Plaintiff,      | **STIPULATION TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE**
13       vs.                    |
14 SEVENTH AVENUE, INC.,        | Compl. Served: August 5, 2014
15              Defendant.      | Honorable Ronald S. W. Lew

REED SMITH LLP
A limited liability partnership formed in the State of Delaware

Pursuant to Fed. R. Civ. Proc. Rule 41(a)(1)(A)(ii), Plaintiff Raymundo Torres and Defendant Seventh Avenue, Inc., by and through their counsel, hereby stipulate and agree that the action in its entirety must be dismissed with prejudice, with each party to bear its own costs and attorneys' fees.

SO STIPULATED.

DATED: December 11, 2014

REED SMITH LLP

By   /s/ Judith T. Sethna
    Judith T. Sethna
    Attorneys for Defendant
    Seventh Avenue, Inc.

DATED: December 11, 2014

KROHN & MOSS, LTD.

By   /s/ Ryan Lee
    Ryan Lee
    Attorneys for Plaintiff
    Raymundo Torres

STIPULATION TO DISMISS ACTION IN ITS ENTIRETY WITH PREJUDICE